IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| BOBBY LEE JEFFERSON, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. 7:06-CV-65 (HL) |
| | : | |
| Officer ANDREW DENMARK; | : | |
| Lt. ROB PICOTTI, | : | |
| | : | |
| Defendants. | : | **ORDER** |

On July 24, 2006, Plaintiff **BOBBY LEE JEFFERSON, JR**, an inmate at the Lowndes County Jail in Valdosta, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

In an Order dated August 3, 2006, the Court ordered plaintiff to pay an initial partial filing fee in the amount of $3.17. Plaintiff failed to pay the initial partial filing fee.

Therefore, in an Order to Show Cause dated September 7, 2006, the Court ordered plaintiff to show cause to the Court, within twenty (20) days from the date of receipt of the Order to Show Cause, why his case should not be dismissed for failure to pay the initial partial filing fee. Plaintiff was ordered to advise the court: (1) what attempts, in any, he made to pay the required $3.17 initial partial filing fee; (2) whether he requested prison officials to withdraw the required amount from his account and to submit it to the Court; and (3) whether he wished to proceed with his lawsuit.

Plaintiff has failed to pay the initial partial filing fee or respond to the September 7, 2006 Order to Show Cause. Because of his failure to comply with the Court's instructions, plaintiff's case

is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 4th day of October, 2006.

s/    **Hugh Lawson**
HUGH LAWSON, JUDGE

lnb